Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Sidney Delondra Manning

Docket No. 0:02CR00360-001(DSD)

## HEARING WAIVER

I, Sidney Delondra Manning, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall successfully complete the 75-day sober housing program at The Micah Halfway House.
>
> The defendant shall participate for a period of 120 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: ______________________
Sidney Delondra Manning
Supervised Releasee

Witness: ______________________
DeeDee Thaisen
U.S. Probation Officer

Dated: 04-20-05

SCANNED
APR 21 2005
U.S. DISTRICT COURT MPLS