PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Sidney Delondra Manning**

**Docket No. 0:02CR00360-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Sidney Delondra Manning** who was sentenced for Making False Statements to a Federally Licensed Firearms Dealer on May 28, 2003, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Alcohol Treatment
- Drug Treatment
- Substance Abuse Testing

*Modified as of 2/17/05*:

42-day inpatient treatment program

*Modified as of 4/21/05*:

JUN 21 2005

75 day sober housing program at Micah Halfway House
120 days home confinement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On June 8 and June 15, 2005, the defendant submitted urine samples which tested positive for the presence of opiates.

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On January 14, 2005, the defendant was placed on the U.S. Probation office code-a-phone program and instructed on how to participate in said program. The defendant failed to report for drug testing on the following dates: May 11, May 16, June 11, and June 13, 2005.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 20th day of June, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on June 17, 2005
Place St. Paul