AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 02-360 (1) DSD/SRN

Sidney Delondra Manning

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: | **Courtroom #9W<br>300 South Fourth Street<br>Minneapolis, MN 55415** |
| Before: | **Honorable Magistrate Judge Franklin L. Noel** |
| On: | **7/6/05 at 11:00 a.m.** |

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson
Jackie Ellingson, Deputy Clerk

Dated: June 21, 2005

RECEIVED
05 JUL -8 PM 4:50
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

SCANNED
JUL 11 2005
U.S. DISTRICT COURT MPLS

# RETURN OF SERVICE

Service was made by me: [1] Stephen McComo Date: 6-30-05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: 4331 Girard Ave No.
MPLS MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6-30-05
Date

Al Garber
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure