PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Sidney Delondra Manning**

**Docket No. 0:02CR00360-001(DSD)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Sidney Delondra Manning** who was sentenced for Making False Statements to a Federally Licensed Firearms Dealer on May 28, 2003, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Alcohol Treatment
- Drug Treatment
- Substance Abuse Testing

*Modified as of 2/17/05*:

42-day inpatient treatment program

*Modified as of 4/21/05*:

75 day sober housing program at Micah Halfway House
120 days home confinement

On July 20, 2005, the defendant appeared accompanied by his counsel, and admitted guilt to the violation of the following conditions of supervised release:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On June 8 and June 15, 2005, the defendant submitted urine samples which tested positive for the presence of opiates.

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

SCANNED
JUL 21 2005
U.S. DISTRICT COURT MPLS

On January 14, 2005, the defendant was placed on the U.S. Probation office code-a-phone program and instructed on how to participate in said program. The defendant failed to report for drug testing on the following dates: May 11, May 16, June 11, and June 13, 2005.

The defendant is therefore adjudged guilty of the violations.

Accordingly, **IT IS HEREBY ORDERED** that the defendant's term of supervised release is hereby modified, and the following special condition is added:

The defendant shall reside for a period of 6 months in a community corrections center as approved by the probation officer and shall observe the rules of that facility. The defendant is ordered to participate in the work release program at the Anoka County Jail, Anoka, Minnesota.

The condition previously imposed on April 21, 2005, requiring the defendant to complete 120 days home confinement, is hereby removed.

ORDER OF THE COURT

Considered and ordered this 20th day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

DeeDee Thaisen
U.S. Probation Officer

Executed on July 20, 2005
Place Minneapolis