**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
Sidney Delondra Manning, )
)
Defendant. )

COURTROOM MINUTES - CRIMINAL
BEFORE: BOYLAN
U.S. Magistrate Judge

Case No: CR 02-360(1) DSD
Date: 9/26/05
Court Reporter: None
Tape Number: 2005-8E1
Time Commenced: 1:40 p.m.
Time Concluded: 1:50
Time in Court: 10 Minutes

APPEARANCES:

**Plaintiff:** David Steinkamp
Assistant U.S. Attorney

**Defendant:** Scott Tilsen
√ FPD ☐ CJA ☐ Retained √ To be appointed

Date Charges Filed: 9/15/05 Offense: Violation of Supervised Release

☐ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

√ Government moves for detention.
Motion is: √ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is September 28, 2005, at 9:30 a.m.before U.S. Magistrate Judge Nelson in Mpls for:

√ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ preliminary revocation

Additional Information:

s/ RAR
Signature of law clerk