**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-cr-0360 DSD/SRN |
| | ) | Date: September 28, 2005 |
| Sidney Delondra Manning, | ) | Court Reporter: None |
| | ) | Tape Number: 474 |
| Defendant. | ) | Time Commenced: 9:30 a.m. |
| | | Time Concluded: 9:45 |
| | | Time in Court: 15 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

____ **PRELIMINARY/DETENTION HRG** ____ **REMOVAL HRG**

_X_ **PRELIMINARY REVOCATION/ DETENTION HRG** ____ **REMOVAL/DETENTION HRG**

APPEARANCES:

**Plaintiff**: Tricia Tingle
Assistant U.S. Attorney

**Defendant:** Terry L. Hegna
☐ FPD ☐ CJA ☐ Retained **X** Appointed

Interpreter : NA // English

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release **X** Supervised Release

☐ Charges from other District ______________________________________________

**X** Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before ________________on__________________.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information:
** Probable Cause found.

** Final Revocation Hearing Date: Thursday, October 6, 2005, at 9:45 before Judge David Doty.

s/ Beatriz Menanteau
Signature of Law Clerk