A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-360 (1) DSD**

0541-0915-1608-D

Sidney Delondra Manning

RECEIVED
SEP 15 12 19 PM '05
US MARSHALS SERVICE
MPLS., MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Sidney Delondra Manning

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

September 15, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 9-24-05
ARRESTED BY USMS. Mpls.
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
SEP 30 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04