**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**U.S. vs. Sidney Delondra Manning**
**Docket No.: 0:02CR00360-001 (DSD)**

# CERTIFICATE OF SERVICE

I hereby certify that on (date), I caused the following documents:

Memorandum in Support of Continued Supervised Release

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Mr. John Docherty**
**Assistant U.S. Attorney**
**600 U.S. Courthouse**
**300 South 4th Street**
**Minneapolis, MN 55415**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Mr. Dennis E. Bresnaham**
**U. S. Probation Officer**
**316 N. Robert Street, Suite 600**
**St. Paul, MN 55101-1465**

Dated: **October 26, 2005**

**s/ Terry L. Hegna**
**Terry L. Hegna**
**Attorney for Defendant**
**Sidney Delondra Manning**
**961 Grand Avenue**
**St. Paul, Minnesota 55105**
**651-292-8373**
**Atty. Reg. No.: 141938**