**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# MODIFICATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Sidney Delondra Manning
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 02cr360(1)(DSD/SRN)
Date: October 31, 2005
Court Reporter: Lorilee Fink
Tape Number:
Time Commenced: 10:00 a.m.
Time Concluded: 10:30 a.m.
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Joseph Dixon, III, Assistant U.S. Attorney
Defendant: Terry L. Hegna 9 FPD : CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
: **Revocation of Probation - Final Hearing.**
: **Modification hearing - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
9 Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

: The Court orders the following modification: that deft reside for a period of 120 days at Eden House.
9 Defendant released on same terms and conditions of supervised release.
: Defendant remanded to custody of the U.S. Marshal.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
: Written modification to be issued.

s/Connie L. Baker
Calendar Clerk