PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Sidney Delondra Manning**

**Docket No. 0:02CR00360-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Sidney Delondra Manning** who was sentenced for Making False Statements to a Federally Licensed Firearms Dealer on May 28, 2003, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Alcohol Treatment
- Drug Treatment
- Substance Abuse Testing

*Modified as of February 17, 2005*:

42-day inpatient treatment program

*Modified as of April 21, 2005*:

75-day sober housing at Micah Halfway House
120 days home confinement

Modified as of July 20, 2005:

6 months at a community corrections center

On October 31, 2005, Mr. Manning appeared, accompanied by his counsel, and admitted guilt to the violation of the following conditions of supervised release:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On August 19, August 27, and September 12, 2005, the defendant submitted urine samples which tested positive for the presence of cocaine and opiates.

SCANNED
NOV - 3 2005
U.S. DISTRICT COURT MPLS

SPECIAL CONDITION: The defendant shall reside for a period of 6 months in a community corrections center as approved by the probation officer and shall observe the rules of that facility. The defendant is ordered to participate in the work release program at the Anoka County Jail, Anoka, Minnesota.

On August 5, 2005, the defendant entered the Anoka County Work Release Program. On September 12, 2005, the defendant escaped from said facility.

Accordingly, **IT IS HEREBY ORDERED** the defendant's term of supervised release is hereby modified, and the following special condition is added to those previously imposed:

The defendant shall participate in the Eden House Intensive Residential Substance Abuse Program as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 31st day ~~of November,~~ October 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on November 1, 2005
Place St. Paul, Minnesota