PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Sidney Delondra Manning**

**Docket No. 0:02CR00360-001(DSD)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Sidney Delondra Manning** who was sentenced for Making False Statements to a Federally Licensed Firearms Dealer on May 28, 2003, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program; mandatory drug testing; and no firearms, dangerous weapons

120 days home detention (modified April 21, 2005, then removed July 20, 2005)
6 months community corrections center (modified June 20, 2005)
participate in substance abuse program (modified September 14, 2005, and October 31, 2005))

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On December 27, 2006, Mr. Manning admitted to the probation officer his use of heroin and cocaine on December 25, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
JAN 2 5 2007

ORDER OF THE COURT

Considered and ordered this 26th day of January, 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on January 24, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer
Telephone: 612-664-5365

c: United States Sentencing Commission