**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JEANNE J. GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CR 02-360 DSD/SRN |
| | ) | Date: 04/02/07 |
| Sidney Delondra Manning, | ) | Court Reporter: N/A |
| | ) | Tape Number: 71/27.3-3473 |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | | Time Concluded: 3:10 p.m. |
| | | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Joe Dixon, Assistant U.S. Attorney

Defendant: Scott Tilsen, √ To be appointed

Interpreter / Language: N/A // ENGLISH

Date Charges Filed: 03/28/07 Offense: **Violation of Supervised Release**

√ Waived Reading of Charges √ Advised of Rights

on Violation of √ Supervised Release

√ Government moves for detention.

Motion is √ granted, temporary detention ordered

Next appearance date is Thursday, April 5, 2007 at 10:30 a.m. before U.S. Magistrate Judge Graham for:

√ detention hrg √ preliminary revocation

Additional Information:

s/AR
Criminal Duty Clerk