**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JEANNE J. GRAHAM |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-360 DSD/SRN |
| | ) | Date: 04/05/07 |
| Sidney Delondra Manning, | ) | Court Reporter: None |
| | ) | Tape Number: 73/560-671 |
| Defendant. | ) | Time Commenced: 10:40 a.m. |
| | ) | Time Concluded: 10:50 a.m. |
| | ) | Time in Court: 10 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**
Time in Court 5 min. Prelim / 5 min. Det:

APPEARANCES:

Plaintiff: Joe Dixon, Assistant U.S. Attorney
Defendant: Kate Menendez
√ FPD

Interpreter / Language: None/English

On Warrant for Violation of Supervised Release

√ Defendant Bound Over to District Court of Minnesota.

√ Defendant Ordered Detained - Government to submit proposed Order.

Additional Information:
Defendant waived both preliminary revocation and detention hearings. Final revocation hearing date is Thursday, April 26, 2007 at 10:30 a.m. before Judge Doty.

s/AR
Criminal Duty Clerk