A0 442 (Rev. 5/93) Warrant for Arrest [redacted]

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
APR 04 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

Sidney Delondra Manning

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-360 DSD/SRN**

0741-0329-0674-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Sidney Delondra Manning

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

Stacey E. Kulevich

(By) Stacey E. Kulevich, Deputy Clerk

March 29, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: 03/30/07

Date of Arrest: 03/30/07

DEPUTY U.S. MARSHAL JOHN MURPHY
Name and Title of Arresting Officer

Signature of Arresting Officer

2007 MAR 29 P 1:39
RECEIVED
US MARSHALS SERVICE
MPLS MN

SCANNED
APR 05 2007
U.S. DISTRICT COURT MPLS

DC Modified 12/08/04

criminal\warrant.frm