**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Sidney Delondra Manning,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 02-360(DSD/SRN)
Date: April 26, 2007
Court Reporter: Lorilee Fink
Time Commenced: 10:30 a.m.
Time Concluded: 10:50 a.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: Joseph T. Dixon, III, Assistant U.S. Attorney
Defendant: Katherine Menendez : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.** .
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: 4 months and no further supervision.
: Written order to be issued.

s/ Connie L. Baker
Calendar Clerk