Released 6/20/07 End of Sentence
e5/9

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

RECEIVED
JUN 15 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**District of Minnesota**

2007 JUN 19 P 12: 04

UNITED STATES OF AMERICA
v.
**Sidney Delondra Manning**

**JUDGMENT IN A CRIMINAL CASE**
(**For Revocation** of Supervised Release)
Case Number: **02-360(DSD/SRN)**
USM Number: **10750-041**
Social Security Number: **0172**
Date of Birth: **1974**

RECEIVED
JUN 29 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Katherine Menendez**
Defendant's Attorney

**THE DEFENDANT:**

[x] admitted guilt to violation of standard condition #7 and a modified special condition and special condition #5 of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

2007 APR 27 A 9: 32

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #7 | Failure to refrain from controlled substances | 3/10/2007 |
| Modified Special Condition | Failure to successfully participate in home detention | 1/26/2007 |
| Special Condition 5 | Failure to complete drug abuse program | 3/26/2007 |

**The defendant is sentenced as provided in pages 2 through 2 of this judgment.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**April 26, 2007**
Date of Imposition of Judgment

s/David S. Doty
Signature of Judge

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judge

**April 26, 2007**
Date

A true printed copy in 1 sheet(s)
of the electronic record filed on 4/26/07
in the United States District Court
for the District of Minnesota.
CERTIFIED, 4/26, 2007
RICHARD D. SLETTEN
BY: ______________
Deputy Clerk



SCANNED
JUL 09 2007
U.S. DISTRICT COURT ST. PAUL

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: SIDNEY DELONDRA MANNING
CASE NUMBER: 02-360(DSD)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 months with no supervised release to follow**.

[] The court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
**[] before on .**
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________

at ________________________, with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal